**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)
S. Ryan Patterson (SBN 279474)
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100

Attorneys for Plaintiffs

J. SCOTT DONALD (SBN 158338)
**SPINELLI, DONALD, & NOTT**
601 University Ave. Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant and Third-Party Plaintiff CITY COMMERCIAL INVESTMENTS, LLC

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CANILAO, an individual; ZARATHUSTRA WESOLOWSKI, an individual; ELLERY BAKAITIS, an individual; JEREMY NOVY, an individual; SUSAN GREENE, an individual; and HAILEY GAISER, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY COMMERCIAL INVESTMENTS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>            Defendants.<br><br>_____<br><br>CITY COMMERCIAL INVESTMENTS, | Case No. 3:20-cv-08030-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL DATE AND ALL PRETRIAL DATES AND DEADLINES BY TWO MONTHS**<br><br>**Trial Date: September 12, 2022**<br>**Requested extension:**<br>           **November 14, 2022** |

1

LLC, a California limited liability company,

        Third-Party Plaintiff,

   v.

HANDSOME HEIDI, LLC, a California limited liability company; and ROES 1-10, inclusive,

        Third-Party Defendants,

      Pursuant to Local Rules 6-2 and 7-12 the parties to the above-entitled action jointly submit this stipulation requesting the Court extend the trial date, the final pre-trial conference date, and all pretrial dates and deadlines by two months considering defendant's filing on April 1, 2022, of a potentially case dispositive motion to dismiss and motion for judgment on the pleadings (the "Motion"), and in order to allow the parties to address the Motion, determine and fully address settlement possibilities, and prepare the case for trial. The trial is currently set for September 12, 2022. The parties request the trial be continued to November 14, 2022, and that all pending pretrial dates and deadlines likewise be continued by two months.

      The parties are plaintiffs Monica Canilao, Zarathustra Wesolowski, Ellery Bakaitis, Jeremy Novy, Susan Greene, and Hailey Gaiser (collectively, "Plaintiffs"); defendant and third-party plaintiff City Commercial Investments, LLC ("Defendant"); and third-party defendant Handsome Heidi, LLC ("Third-Party Defendant"). Plaintiffs, Defendant, and Third-Party Defendant are collectively referenced as the "parties." The parties submit the accompanying declaration of David Erikson in support of this requested extension.

      The parties participated in a mediation before Ninth Circuit mediator Bijal Vakil, Esq. on October 28, 2021. The mediation did not resolve the matter. The parties continued their settlement efforts and held a follow up conference call with mediator Vakil. On March 2, 2022, the parties jointly requested a four-week continuance of the discovery cutoff only and no other dates and deadlines to permit

the parties to fully address settlement before undertaking costly and extensive discovery including ten depositions. The Court granted the parties' request and continued the discovery cutoff from March 10, 2022, to April 11, 2022.

The parties have participated in written discovery and have noticed ten (10) depositions of all parties to be taken by the current discovery cutoff of April 11, 2022. The parties also exchanged settlement offers but are at an impasse.  However, the parties believe that a ruling on Defendant's dispositive Motion may streamline the issues that need to be covered in depositions.  Likewise, a ruling on Defendant's Motion may help guide the parties closer towards productive settlement discussions. Other than the March 2, 2022, limited-purpose discovery cutoff extension, the parties have not previously requested any pretrial extensions. Trial is scheduled in this matter for September 12, 2022.

DATED: April 4, 2022	ERIKSON LAW GROUP

By: /s/ *David Erikson*
David A. Erikson
Attorneys for Plaintiffs

DATED: April 4, 2022	LAW OFFICES OF LAWRENCE G. TOWNSEND

By: /s/ *Lawrence G. Townsend*
Lawrence G. Towsend
Attorneys for Defendant and Third-Party Plaintiff City Commercial Investments, LLC

SPINELLI, DONALD, & NOTT
J. Scott Donald
Attorneys for Defendant and Third-Party Plaintiff City Commercial Investments, LLC

DATED: April 4, 2022	COOLEY LLP

By: /s/ *Max A. Bernstein*
Max A. Bernstein
Attorneys for Third-Party Defendant Handsome Heidi, LLC

Additional counsel [continued from caption]

**GLUCK LAW FIRM P.C.**
Jeffrey S. Gluck (SBN 304555)
2125 S. Beverly Drive
Los Angeles, California 90034
Telephone: 310.776.7413

Attorneys for Plaintiffs

LAWRENCE G. TOWNSEND (SBN 88184)
**LAW OFFICES OF LAWRENCE G. TOWNSEND**
One Concord Center
2300 Clayton Road, Suite 1400

4

Concord, California 94520
Telephone: 415.882.3290
Facsimile: 415.882.3232
Email: ltownsend@owe.com

Attorneys for Defendant and Third-Party Plaintiff CITY COMMERCIAL INVESTMENTS, LLC

**COOLEY LLP**
PATRICK P. GUNN (172258) (pgunn@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
3 Embarcadero Center 20th Floor San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Third-Party Defendant HANDSOME HEIDI LLC

**Filer's Attestation**

Pursuant to L.R. 5-1(i)(3), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: April 4, 2022              ERIKSON LAW GROUP

By:    /s/ *David Erikson*
       David A. Erikson
       Attorneys for Plaintiffs

**ORDER**

NOW, THEREFORE, and based on the above recitals and stipulations, and for good cause the Court orders as follows:

All pretrial dates and deadlines in this matter are extended by two months to include the following:

The deadline by which the parties must complete non-expert discovery is extended from April 11, 2022, to and including June 13, 2022.

The Further Status Conference set for this matter on May 31, 2022, is continued to August 2, 2022.

The Final Pre-Trial Conference set for this matter on August 16, 2022, is continued to October 18, 2022.

The Trial set for this matter on September 12, 2022, is continued to November 14, 2022.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
Hon. Edward M. Chen
United States District Judge