# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CANILAO, et al., <br>       *Plaintiffs*, <br> v. <br> CITY COMMERCIAL INVESTMENTS, LLC, <br>       *Defendant*. <br><br> CITY COMMERCIAL INVESTMENTS, LLC, <br>       *Third-Party Plaintiff,* <br> v. <br> HANDSOME HEIDI, LLC, <br>       *Third-Party Defendant*. | **Case No.: 3:20-cv-08030-EMC** |

## STIPULATION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Monica Canilao et al., Defendant and Third-Party Plaintiff City Commercial Investments, LLC, and Third-Party Defendant Handsome Heidi, LLC.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled case, for clarity including all claims, crossclaims, and counterclaims brought by any party against any party in the above-entitled case, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party.

JOINTLY AND RESPECTFULLY SUBMITTED:

DATED: December 5, 2023              EISENBERG & BAUM, LLP

By: /s/ Juyoun Han
    Juyoun Han
    Eric Baum
    Attorneys for Plaintiffs

DATED: December 5, 2023              LAW OFFICES OF LAWRENCE G. TOWNSEND

By: /s/ Lawrence G. Townsend
    Lawrence G. Townsend
    Attorneys for Defendant and Third-Party Plaintiff City Commercial Investments, LLC

    Spinelli, Donald, & Nott
    J. Scott Donald
    Attorneys for Defendant and Third-Party Plaintiff City Commercial Investments, LLC

DATED: December 5, 2023              COOLEY LLP

BY: /s/ Max A. Bernstein
    Max A. Bernstein
    Attorneys for Third-Party Defendant Handsome Heidi, LLC

SO ORDERED THIS __6__ DAY OF __December__, 2023

_____
Hon. Edward M. Chen
United States District Judge

2

STIPULATION OF DISMISSAL – Case No.: 3:20-cv-08030-EMC